Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

SAMPLE 1

**FILED**

JUN 0 8 2021

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

## UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

CIV 21 0586

Richie Nyarko
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Spencer, OK Police Dep.
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office) **SLP**

Jury Trial: *(check one)*  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Richie Nyarko |
| Street Address | 8404 N.E. 34th pL. |
| City and County | Spencer |
| State and Zip Code | Oklahoma 73084 |
| Telephone Number | |
| E-mail Address | |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

## SAMPLE FORMS

1. **In General.** These forms, as well as forms from the www.uscourts.gov website, illustrate information that could be useful when filing complaints or other pleadings. The forms are not comprehensive and do not apply to every type of case.

2. **Not Legal Advice.** No form provides legal advice. No form can substitute for retaining or consulting a lawyer. If you are not a lawyer and you are suing or being sued, it is best to retain or consult a lawyer if possible.

3. **No Guarantee.** Following a form does not guarantee that any pleading is legally or factually correct or sufficient.

4. **Variations Possible.** A form may call for more or less information than a particular court or Judge requires. The fact that a form asks for certain information does not mean that every court requires it. If the form does not ask for certain information, a particular court might still require it. Consult the rules and caselaw that govern the court where you are filing the pleading.

5. **Examples Only.** The forms do not try to address or cover all the different types of claims or defenses, or how specific facts might affect a particular claim or defense. Some of the forms are multi-use, but some apply only to specific types of cases. Carefully choose the form that fits your case and the type of pleading you want to file. It is your responsibility to change the information the form asks for to fit the facts and circumstances of your specific case.

6. **No Guidance on Timing or Parties.** The forms do not give any guidance on when various pleadings, claims, or defenses should be filed, or who should be sued. Some pleadings, claims, or defenses are time restrictive, but neither the forms nor the Clerk's Office can provide this information. There are limits to who can be named as a party in a case and when they can be added. Lawyers and people representing themselves must know the Federal Rules of Civil Procedure and the caselaw setting out these and other requirements. The current Federal Rules of Civil Procedure are available free of charge at www.uscourts.gov.

7. **Privacy Requirements.** FRCP 5.2 addresses the privacy and security concerns over public access to electronic court files. Under this rule, papers filed with the court should not contain anyone's full social-security number or full birth date, the name of a person known to be a minor, or a complete financial-account number. A filing may include only the last four digits of a social-security number and taxpayer identification number, the year of someone's birth, a minor's initials, and/or the last four digits of a financial-account number.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                            _____

    Job or Title *(if known)*        _____

    Street Address               _____

    City and County            _____

    State and Zip Code         _____

    Telephone Number          _____

    E-mail Address *(if known)*    _____

Defendant No. 2

    Name                            _____

    Job or Title *(if known)*        _____

    Street Address               _____

    City and County            _____

    State and Zip Code         _____

    Telephone Number          _____

    E-mail Address *(if known)*    _____

Defendant No. 3

    Name                            _____

    Job or Title *(if known)*        _____

    Street Address               _____

    City and County            _____

    State and Zip Code         _____

    Telephone Number          _____

    E-mail Address *(if known)*    _____

Defendant No. 4

    Name                            _____

    Job or Title *(if known)*        _____

    Street Address               _____

    City and County            _____

    State and Zip Code         _____

    Telephone Number          _____

    E-mail Address *(if known)*    _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

  a.   If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

  b.   If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

  a.   If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was in my room resting a police knocked on my door and said step outside. They you been say wierd things. I said not me I take insulins, and have heart problems and no lower lungs. The owner of MWC-Hospital soaks my warp for deliverance, ask for Nickleberry mwg Hosp.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____
Printed Name of Plaintiff _____

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Counter Suite
6-7-21
Richie V. Nyarko

1. I am the deliverer

Life giver of all Heaven and earth

The earth and Heaven is connected to me.

I hear all from under the foundation where Sit.

my Rays melts all atomics

Now I have to move without income, the job is not finished.
Someone interfered with the deliverance.

I started looking for a place they said it was connected

to explosive also please contact

Norva 752-9221 - Realtor

Anetta 405-314-3998 - Owner House 34th pL, Spencer, OK

I was given ownership to different things from underneath.

I still have communication and no place to live.

Please recover what you can. Please ~~~~ Find Von, for the correct instructions. JR. and I have children, that deliver all; but JR. instructed them to commuicate.

They signed owner of money, buildings, businesses, home etc. I have given according to scriptors.

Someone from the Courts said can you give us three days a week; so, that we can get out of trouble. We are suppose to be under all human authority.

I said OK I will bring divine protection with me.

Linda K. Jones (Judge Graham) said I will give you a ride, someone attacked her she did not show up.

JR. defiled himself with the <u>doomed</u>.

I am the martyr <u>giving</u> all life and delivering.

I am clothed with worms for the ressurrections and cleaning human remains.

I am the seer also.

JR. did not find me attractive at all; so, he chose <u>something else</u>.

my Liberties is still being ~~threatened~~ threatened. I live with my sister.

Respectfully,

Richie V. Nyarko
8404 N.E. 34th pl.
Spencer OK
73084

Sisters phone no.
405-455-0088